FRANCES A. BECKER, Respondent, *v.* OHIO GERMAN FIRE INSURANCE COMPANY OF TOLEDO, OHIO, Appellant, Impleaded with Others.

FRANCES A. BECKER, Respondent, *v.* THE LAW FIDELITY AND GENERAL INSURANCE CORPORATION, LIMITED, Appellant, Impleaded with Others.

FRANCES A. BECKER, Respondent, *v.* ACME FIRE INSURANCE COMPANY OF LISBON, IOWA, Appellant, Impleaded with Others.

FRANCES A. BECKER, Respondent, *v.* ANCHOR FIRE INSURANCE COMPANY OF DES MOINES, IOWA, Appellant, Impleaded with Others.

*Becker* v. *Ohio German F. Ins. Co.*, 129 App. Div. 932, affirmed.
*Becker* v. *Law Fidelity & Genl. Ins. Corp., Ltd.*, 129 App. Div. 932, affirmed.
*Becker* v. *Acme Fire Ins. Co.*, 129 App. Div. 932, affirmed.
*Becker* v. *Anchor Fire Ins. Co.*, 129 App. Div. 932, affirmed.
(Argued May 9, 1911; decided May 30, 1911.)

APPEAL in each of the above-entitled actions from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 27, 1909, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover upon a policy of fire insurance.

*Henry C. Quinby* for appellants.

*Frederick J. Moses, A. B. Steele, Isham Henderson* and *James W. Ferguson* for respondent.

Judgment in each action affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ. Absent, HISCOCK, J.